UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FAT BRANDS INC.,                                            :
                                        Plaintiff,          :
                                                            :          26 Civ. 3371 (LGS)
                     -against-                              :
                                                            :                ORDER
ALAGNA ADVISORS LLC,                                       :
                                        Defendant.         :
-------------------------------------------------------- :
                                                            X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on April 23, 2026, Defendant Alagna Advisors LLC filed a notice of removal

(the "Notice of Removal") removing the above-captioned action from the Supreme Court of the

State of New York, New York County to this Court pursuant to 28 U.S.C. §§ 1334(b) and 1452.

    WHEREAS, the Notice of Removal states that federal bankruptcy jurisdiction exists over

this action because Plaintiff FAT Brands Inc. and certain of its subsidiaries and affiliates

commenced Chapter 11 bankruptcy proceedings in the United States Bankruptcy Court for the

Southern District of Texas (the "Texas Bankruptcy Court"), and the claims asserted in this action

are "related to" those pending proceedings.

    WHEREAS, the Notice of Removal further states that "[u]pon removal to this Court,

[Defendant] . . . will file a motion to transfer venue to the Texas Bankruptcy Court."  It is hereby

    ORDERED that by **May 1, 2026**, Plaintiff shall file a letter response, not to exceed two

pages single-spaced, to the Notice of Removal stating its position on the issues raised therein,

including the issue of venue transfer.

Dated: April 24, 2026
       New York, New York

                                              _____
                                                    LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE