UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
   FAT BRANDS INC.,                                        :
                                        Plaintiff,         :
                                                           :        26 Civ. 3371 (LGS)
                      -against-                            :
                                                           :            ORDER
   ALAGNA ADVISORS LLC,                                    :
                                        Defendant.         :
----------------------------------------------------------- :
                                                           X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on April 23, 2026, Defendant Alagna Advisors LLC filed a notice of removal

(the "Notice of Removal") removing the above-captioned action from the Supreme Court of the

State of New York, New York County to this Court pursuant to 28 U.S.C. §§ 1334(b) and 1452.

        WHEREAS, the Order dated April 24, 2026, directed Plaintiff to file a letter response to

the Notice of Removal by May 1, 2026.

        WHEREAS, on April 27, 2026, Defendant filed a motion to transfer venue to the United

States Bankruptcy Court for the Southern District of Texas.  It is hereby

        **ORDERED** that if Plaintiff opposes the motion, Plaintiff shall -- in lieu of the letter

response required by the April 24, 2026, Order -- file its opposition by **May 11, 2026**.  Defendant

shall file its reply by **May 18, 2026**.  It is further

        **ORDERED** that if Plaintiff does not oppose the motion, Plaintiff shall instead file the

letter response required by the April 24, 2026, Order.

Dated: April 29, 2026
        New York, New York

_____
        LORNA G. SCHOFIELD
        UNITED STATES DISTRICT JUDGE